IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CV-00616

| | |
|---|---|
| KEVIN LYNN THOMAS, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC, )<br>    Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on joint motion of Plaintiff Kevin Lynn Thomas and the Defendant Equifax Information Services, LLC, for dismissal with prejudice of the above captioned action against Defendant Equifax Information Services LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

As the Court finds that both parties have consented to the instant motion, **IT IS HEREBY ORDERED** that the instant motion is **GRANTED**. Furthermore, as provided for in the instant motion, each party is to bear their own costs incurred within.

The Clerk is directed to send copies of this Order to counsel for the parties.

**Signed: October 17, 2005**

Robert J. Conrad, Jr.
United States District Judge